```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Senior Litigation Counsel
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Assistant United States Attorney
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2468/8452
     Facsimile: (213) 894-6436
     E-mail:    daniel.obrien@usdoj.gov
                thomas.rybarczyk@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: GRAND JURY SUBPOENA: CALL # R 24 02594 DATED December 4, 2023 | CR Misc. 24-00069<br><br>[PROPOSED] ORDER<br><br>**(UNDER SEAL)** |

The United States has applied <u>ex parte</u> for an order compelling George, Cyr & Christakos, Inc. and any agents of George, Cyr & Christakos, Inc. upon whom the order is served, to comply with grand jury subpoena R 24 02594 dated December 4, 2023.

Based upon the information provided in the application, the Court finds that: (1) the government has a compelling interest to obtain compliance with the grand jury subpoena issued in its investigation, and (2) that the California Professional Rules of Conduct do not prevent George, Cyr & Christakos, Inc. from complying with a federal grand jury subpoena.

1    IT IS THEREFORE ORDERED THAT George, Cyr & Christakos, Inc. and
2 any agents of George, Cyr & Christakos, Inc. upon whom the order is
3 served, shall comply with grand jury subpoena R 24 02594 dated
4 December 4, 2023.  To the extent George, Cyr & Christakos, Inc.
5 believes a record contains information protected by the attorney-
6 client privilege and/or related attorney work product doctrine,
7 George, Cyr & Christakos, Inc. shall redact the information it
8 believes is privileged and provide the government a privilege log
9 detailing the record's (1) date; (2) the name and title of its
10 author(s); (3) the name and title of each person to whom it was
11 addressed, distributed, or disclosed; (4) the number of pages; (5) an
12 identification of any attachments or appendices; (6) a description of
13 its subject matter; (7) its present location and the name of its
14 present custodian; (8) the paragraph of this subpoena to which it is
15 responsive; and (9) the nature of the claimed privilege or other
16 reason the document is withheld.  Consistent with the direction in
17 this order, George, Cyr & Christakos, Inc. shall comply with this
18 subpoena no later than April 12, 2024.
19    IT IS FURTHER ORDERED that the government's application and
20 this order are sealed until otherwise ordered by the Court.

March 28, 2024
DATE

Percy Anderson
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
THOMAS F. RYBARCZYK
Assistant United States Attorney